IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDREW MAXWELL**                                                                                    **PLAINTIFF**

**v.**                                    **CASE NO. 4:22-CV-00043-BSM**

**MARK GOBER,** *et al.*                                                                           **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE